No. 3,127.—ELLEN MACKEL, RESPONDENT, v. ALEXANDER MACKEL, APPELLANT.

*Appeal from District Court, Silver Bow County; W. R. C. Stewart, Judge of the Ninth Judicial District, presiding.*

Decided December 16, 1914.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed in accordance with *praecipe* of appellant.

*Mr. J. E. Healy* and *Mr. Wm. Meyer,* for Appellant.

---

No. 3,610.—STATE EX REL. JAMES L. SPRINKLE, RELATOR, v. DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of mandate to the District Court of the Twelfth Judicial District in and for the County of Blaine and John W. Tattan, a judge thereof.

Decided January 12, 1915.

PER CURIAM.—Relator's petition for a writ of mandate herein is, after due consideration by the court, denied.

*Messrs. O'Keefe & Kuhr,* for Relator.